**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT** **OPPORTUNITY COMMISSION,** } } } | |
| **Plaintiff,** } } | **CIVIL ACTION NO.** **3:26-cv-02590-E** |
| **v.** } } | |
| **KLLM TRANSPORT SERVICES LLC and** **KLLM DRIVING ACADEMY, INC.,** } } } | |
| **Defendants.** } } } | |

**NATURE OF THE ACTION**

COMES NOW, Plaintiff Equal Employment Opportunity Commission, and files the following Certificate of Interested Persons:

1.  Equal Employment Opportunity Commission, Plaintiff;

2.  Sonya Brookins, Charging Party;

3.  KLLM Transport Services LLC and KLLM Driving Academy, Inc., collectively Defendants.

Respectfully submitted,

/s/ Brooke E. López
BROOKE E. LÓPEZ
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
(TEL) (972) 918-3597
(FAX) (214) 253-2749