**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** } } } | |
| **Plaintiff,** } } | **CIVIL ACTION NO. 3:26-cv-02590-E** |
| **v.** } } | |
| **KLLM TRANSPORT SERVICES LLC and KLLM DRIVING ACADEMY, INC.,** } } } } | |
| **Defendants.** } } | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

To: The clerk of court and all parties of record.

I am admitted to practice in this court, and I will appear in this case as co-counsel for **Plaintiff EEOC**. Counsel's principal office and mailing address:

Jeffrey A. Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202

Date: August 6, 2026.

                                    Respectfully submitted,

                                    /s/ *Jeff A. Lee*_____
                                    Jeffrey A. Lee
                                    Senor Trial attorney
                                    Oklahoma State Bar No. 13483
                                    Email: jeff.lee@eeoc.gov

                                    EQUAL EMPLOYMENT OPPORTUNITY
                                    COMMISSION
                                    Dallas District Office
                                    207 Houston, 3rd Floor
                                    Dallas, Texas 75202
                                    (TEL) (972) 918-3605
                                    (FAX) (214) 253-2749

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I served the foregoing electronically via ECF.


_/s/ Jeff A. Lee_____
Jeffrey A. Lee