# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | } } } | |
| **Plaintiff,** | } } | **CIVIL ACTION NO. 3:26-cv-02590-E** |
| **v.** | } } } | |
| **KLLM TRANSPORT SERVICES LLC and KLLM DRIVING ACADEMY, INC.,** | } } } | |
| **Defendants.** | } } } | |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Please enter the appearance of Shannon J. Black as counsel for Plaintiff U.S. Equal Employment Opportunity Commission in the above-styled and numbered action.

Respectfully submitted,

*/s/ Shannon J. Black*
SHANNON J. BLACK
Senior Trial Attorney
Texas State Bar No. 24126061
E-mail: shannon.black@eeoc.gov

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dallas District Office

207 Houston, 3rd Floor

Dallas, Texas 75202
Telephone: (972) 918-3598
Facsimile: (214) 253-2749

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon Black, hereby certify that a true and correct copy of the foregoing document was served on all parties of record on August 10, 2026 via the Court's CM/ECF filing system.

<u>*/s/ Shannon J. Black*</u>
Shannon J. Black