**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-02590-E** |
| **KLLM TRANSPORT SERVICES LLC** | ) | |
| **and KLLM DRIVING ACADEMY, INC.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rules 3.1(c) and 7.4, Defendants KLLM Transport Services LLC and KLLM Driving Academy, Inc. submit the following Certificate of Interested Persons and Corporate Disclosure Statement:

**1. Corporate Disclosure**

- KLLM Driving Academy, Inc. is a wholly owned subsidiary of KLLM Transport Services LLC.
- KLLM Transport Services LLC is a privately held limited liability company.
- No publicly held corporation owns ten percent or more of the stock of KLLM Driving Academy, Inc.

Defendants are unaware of any other publicly held corporation required to be disclosed pursuant to Federal Rule of Civil Procedure 7.1.

**2. Interested Persons and Entities**

The following persons and entities are financially interested in the outcome of this litigation or are otherwise required to be disclosed under Local Rule 3.1(c):

- U.S. Equal Employment Opportunity Commission — Plaintiff;

- Sonya Brookins — Charging Party and person for whom the EEOC seeks individualized relief;
- KLLM Transport Services LLC — Defendant;
- KLLM Driving Academy, Inc. — Defendant and wholly owned subsidiary of KLLM Transport Services LLC;
- Law Center of Amy E. Davis PR, LLC — counsel for Defendants;
- Amy E. Davis — counsel for Defendants;
- U.S. Equal Employment Opportunity Commission, Dallas District Office — counsel for Plaintiff;
- Brooke E. López — counsel for Plaintiff;
- Ann Henry — counsel for Plaintiff;
- Ronald L. Phillips — counsel for Plaintiff; and

Defendants are unaware of any other person, association, firm, partnership, corporation, guarantor, insurer, affiliate, parent or subsidiary corporation, or other legal entity that is financially interested in the outcome of this case.

DATED: September 4, 2026

Respectfully submitted,

Amy Davis

Amy E. Davis
State Bar No. 24007083

Law Center Of Amy E. Davis PR, LLC
151 Calle de San Francisco
Ste. 200, PMB 1263
San Juan, PR 00901
214-838-3501
adavis@cdfirm.com

***ATTORNEYS FOR DEFENDANTS***
***KLLM TRANSPORT SERVICES LLC AND***
***KLLM DRIVING ACADEMY, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this, the 4th day of September, 2026, she served on all counsel of record the foregoing document by ECF filing.

*/s/ Amy E. Davis*
Amy E. Davis